# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| WAYNE D. HARDING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 3:17-CV-0874-D |
| | ) | |
| ARNOLD TRANSPORTATION | ) | |
| SERVICES, et al., | ) | |
| Defendants. | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. This case will be dismissed by separate judgment for failure to prosecute or follow court orders.

Signed May 30, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE